United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERRY RENEE SMITH, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-03225 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § |
| Defendant. | § § |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 1, 2023 (Doc. #21) and Plaintiff's Objections (Doc. #22). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Defendant's Motion for Summary Judgment (Doc. #14) is GRANTED, Plaintiff's Motion for Summary Judgment (Doc. #15) is DENIED, and the Administrative Law Judge's decision is AFFIRMED.

It is so ORDERED.

MAR 2 9 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge